**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

**MEMO ENDORSED**

Sam A. Schmidt, Esq.

May 25, 2021

Honorable Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
**By ECF**

Re: *U.S. v. Malik Crocker*
13 Cr. 414 (SHS)

Dear Judge Stein:

I have just been notified by the United States Department of Probation that a warrant for a violation of supervised release has been forwarded to your Honor and that Mr. Crocker is presently incarcerated in a New York City institution at Rikers Island. I respectfully request that your Honor assign me to represent Mr. Crocker for the violation of supervised release case. I represented Mr. Crocker on the original case.

Should your Honor have any questions, please feel free to contact my office. Thank you for your consideration.

Sincerely yours,
/s/
Sam A. Schmidt

**Sam A. Schmidt is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's violation of supervised release proceeding.**

Dated: New York, New York
May 26, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.