**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

June 21, 2021

Honorable Sidney H. Stein, USDJ
United States District Court
Southern District of New York       **MEMO ENDORSED**
500 Pearl Street
New York, N.Y. 10007
**By ECF**

      Re: *U.S. v. Malik Crocker*
           13 Cr. 414 (SHS)

Dear Judge Stein:

    I require Mr. Crocker's supervised release records in order to properly represent him including a new bail application. Probation has notified me that an order from your Honor is necessary before it is permitted to forward the records to me. I respectfully request that your Honor order the U.S. Department of Probation to provide Mr. Crocker's supervised records to me.

    Should your Honor have any questions, please feel free to contact my office. Thank you for your consideration.

                                                Sincerely yours,
                                                /s/
                                                Sam A. Schmidt

**The request for defendant's supervised** release **records is granted.**

Dated: New York, New York
         June 22, 2021                **SO ORDERED:**

                                                Sidney H. Stein, U.S.D.J.