UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA, | 13-CR-414 (SHS) |
|---|---|
| v. | |
| MALIK CROCKER, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

The bail hearing currently scheduled for July 6, 2021 at 9:00 a.m. will take place in Courtroom 24B.

Dated: New York, New York
      July 2, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.