UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        13-Cr-414 (SHS)

    -against-                                          :

                                                                                             ORDER

MALIK CROCKER,                                    :

                Defendant.                   :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        IT IS HEREBY ORDERED that Michael K. Bachrach, the CJA attorney on duty today, is appointed pursuant to the Criminal Justice Act to represent a witness who may testify at the continuation of defendant's violation of supervised release hearing scheduled for October 14, 2021.

Dated: New York, New York
       September 20, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.