UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,  :  13-Cr-414 (SHS)

        -v-  :  ORDER

MALIK CROCKER,  :

        Defendant.  :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference regarding defendant's violation of supervised release on December 13, 2021, at 3:00 p.m., and will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       December 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.