UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13-Cr-414 (SHS) |
| -v- | : | <u>ORDER</u> |
| MALIK CROCKER, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the violation of supervised release hearing scheduled for December 22, 2021, is cancelled. The Court will issue a written decision.

Dated: New York, New York
       December 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.