**LAW OFFICE OF SAM A. SCHMIDT**
**29 BROADWAY Suite 1412**
**NEW YORK, N.Y.  10006**
**(212) 346-4666**
**facsimile (212) 346-4668**
E-mail **lawschmidt@aol.com**

**Sam A. Schmidt, Esq.**
━━━━━━━━━━━━━━━━━

January 24, 2022

Honorable Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
**By ECF**

        Re: *U.S. v.  Malik Crocker*
            13 Cr. 414 (SHS)

Dear Judge Stein:

     I am submitting Mr. Crocker's letter to your Honor. Because of the inability to visit him in person, communication has been difficult.

     Mr. Crocker has informed  me that he was custody with the State as of May 21, 2021 and the violation of supervised warrant was filed with his facility on May 24, 2021.

     Further, his girlfriend and mother of his child has her own residence.

                                          Sincerely yours,
                                                  /s/
                                          Sam A. Schmidt